MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-527 RS |
| v. | |
| ALLEN FONG, YA HUAI HUNG, ROBERT CHUN, JIE MU, LAURENCE SHU KWAN LEE, KEVIN HARTIG ANGELINA CHUONG, and CHONTHICHA JAEMRATANASOPHIN, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ |
| Defendants. | |

The United States of America, by and through its attorney of record, and the above-captioned defendants ("defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1. For the reasons stated in open court on December 16, 2014, the Court continued the above-captioned matters to February 3, 2015 at 2:30 p.m. and excluded time under the Speedy Trial Act from December 16, 2014 through February 3, 2015 on the basis of effective preparation of counsel under 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

2.      The parties stipulate and agree that this matter should be continued to February 3, 2015 at 2:30 p.m., and that the failure to grant such a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from December 16, 2014 through February 3, 2015 should be excluded on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendants in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 22, 2014                          Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney

                                                        /s/
                                                  DEBORAH R. DOUGLAS
                                                  Assistant United States Attorney

                                                        /s/
                                                  GALIA PHILLIPS, Esq.
                                                  Attorney for Defendant Allen Fong

                                                        /s/
                                                  TONY TAMBURELLO, Esq.
                                                  Attorney for Defendant Ya Huai Hung

                                                        /s/
                                                  RANDALL KNOX, Esq.
                                                  Attorney for Defendant Robert Chun

                                                        /s/
                                                  BRIAN GETZ, Esq.
                                                  Attorney for Defendant Jie Mu

                                                        /s/
                                                  ALAN DRESSLER, Esq.
                                                  Attorney for Defendant Laurence Shu Kwan Lee

Stipulation and Order                    2
CR 14-527 RS

        /s/
SETH CHAZIN, Esq.
Attorney for Defendant Kevin Hartig

        /s/
ALEXANDRA McCLURE, Esq.
Attorney for Defendant Angelina Chuong

        /s/
SCOTT SUGARMAN, Esq.
Attorney for Defendant Chonthicha Jaemratanasophin

## ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matters shall be continued to February 3, 2015 at 2:30 p.m. and that the time from December 16, 2014 through February 3, 2015 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: December 22, 2014

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE