UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,        No. 14-CR-527 RS-1

  v.

                            ORDER FOR FURTHER
                            PRETRIAL INTERVIEW
ALLEN FONG

        Defendant,
_____/

    It is **ORDERED** that PreTrial Services shall conduct a further interview of Mrs. Fong to clarify whether all community assets have been fully reported to the court and shall direct Mrs. Fong to provide any documents necessary to explain the basis for classifying certain assets as her separate property. The results of the interview shall be provided, prior to 1 Feb. 2015, initially by sealed memorandum only to the court and to defense counsel.

DATED: 23 Dec 2014

                                    UNITED STATES MAGISTRATE JUDGE