**SETH P. CHAZIN, SBN 133777**
**ATTORNEY AT LAW**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 SOLANO AVENUE**
**ALBANY CA 94706**
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

**Counsel for Defendant:**
**KEVIN HARTIG**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 14-527 RS |
| ) | |
| v. ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ALLEN FONG, ) | EXCLUDING TIME UNDER THE SPEEDY |
| YA HUAI HUNG, ) | TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ |
| ROBERT CHUN, ) | |
| JIE MU, ) | |
| LAURENCE SHU KWAN LEE, ) | |
| KEVIN HARTIG, ) | |
| WAYLEN FONG, ) | |
| ANGELINA CHUONG, and ) | |
| CHONTHICHA JAEMRATANASOPHIN, ) | |
| ) | |
| Defendants. ) | |

The United States of America, by and through its attorney of record, and the above-captioned defendants ("defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1. At the last court proceeding on February 3, 2015, the above-captioned matter was continued to March 31, 2015 at 2:30 p.m. and the time from February 3, 2015 through March 31, 2015 was excluded under the Speedy Trial Act on the basis of effective preparation of counsel under 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

2. Since the last appearance, the government has produced voluminous discovery to the assigned discovery coordinator who needs more time to provide copies to all of the defense lawyers.

1  The defense lawyers will then need time to review that discovery. Thus, the parties stipulate and agree
2  that this matter should be continued to June 9, 2015 at 2:30 p.m., and that the failure to grant such a
3  continuance would unreasonably deny the defendants the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that
5  the time from March 31, 2015 through June 9, 2015, should be excluded on the basis that the ends of
6  justice are served by taking such action which outweigh the best interest of the public and the defendants
7  in a speedy trial and for effective preparation of counsel, taking into account the exercise of due
8  diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**DATED: March 26, 2015**                          Respectfully submitted,

/s/
**SETH CHAZIN, Esq.**
**Attorney for Defendant Kevin Hartig**

/s/
**DEBORAH R. DOUGLAS**
**Assistant United States Attorney**

/s/
**GALIA PHILLIPS, Esq.**
**Attorney for Defendant Allen Fong**

/s/
**TONY TAMBURELLO, Esq.**
**Attorney for Defendant Ya Huai Hung**

/s/
**RANDALL KNOX, Esq.**
**Attorney for Defendant Robert Chun**

/s/
**BRIAN GETZ, Esq.**
**Attorney for Defendant Jie Mu**

/s/
**ALAN DRESSLER, Esq.**
**Attorney for Defendant Laurence Shu Kwan Lee**

                    /s/
**SETH CHAZIN, Esq.**
**Attorney for Defendant Kevin Hartig**

                    /s/
**GILBERT EISENBERG, Esq.**
**Attorney for Defendant Waylen Fong**

                    /s/
**ALEXANDRA McCLURE, Esq.**
**Attorney for Defendant Angelina Chuong**

                    /s/
**SCOTT SUGARMAN, Esq.**
**Attorney for Defendant Chonthicha Jaemratanasophin**

                    /s/
**MELINDA HAAG**
**United States Attorney**

## ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to June 9, 2015, at 2:30 p.m. and that the time from March 31, 2015 through June 9, 2015, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

**DATED: March 26, 2015**

                    **HONORABLE RICHARD SEEBORG**
                    **UNITED STATES DISTRICT JUDGE**