STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Allen Fong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-0527-RS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR A CONTINUANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ |
| v. | |
| ALLEN FONG, YA HUAI HUNG, ROBERT CHUN, JIE MU, LAURENCE SHU KWAN LEE, KEVIN HARTIG, WAYLEN FONG, ANGELINA CHUONG, and CHONTHICHA JAEMRATANASOPHIN, | |
| Defendants. | |

The United States of America, by and through its attorney of record, and the above-captioned defendants ("defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The United States produced the initial discovery package shortly after defendants' arraignments. Upon assignment of a discovery coordinator in or about February 2015, the United States made five additional productions of voluminous discovery to the discovery coordinator.

1. The discovery coordinator has processed some of the discovery but needs more time to finish organizing and uploading it into the database. Upon receipt of the remaining discovery from the coordinator, the defense lawyers will need additional time to review those materials.

2. For the reasons stated above, the parties stipulate and agree that this matter should be continued from August 18, 2015 at 2:30 p.m. to October 20, 2015 at 2:30pm, and that the failure to grant such a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from August 18, 2015 at 2:30 p.m. to October 20, 2015 at 2:30pm should be excluded on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendants in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: August 10, 2015                                    Respectfully submitted,

/s/
_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

/s/
_____
GALIA AMRAM PHILLIPS, Esq.
Attorney for Defendant Allen Fong

|   |   |
|---|---|
| 1 | /s/ |
| 2 | _____ |
|   | GARRICK S. LEW, Esq. |
|   | RICHARD G. HULLINGER, Esq. |
|   | Attorneys for Defendant Ya Huai Hung |

/s/
_____
GARRICK S. LEW, Esq.
RICHARD G. HULLINGER, Esq.
Attorneys for Defendant Ya Huai Hung

/s/
_____
RANDALL KNOX, Esq.
Attorney for Defendant Robert Chun

/s/
_____
BRIAN GETZ, Esq.
Attorney for Defendant Jie Mu

/s/
_____
ALAN DRESSLER, Esq.
Attorney for Defendant Laurence Shu Kwan Lee

/s/
_____
SETH CHAZIN, Esq.
Attorney for Defendant Kevin Hartig

/s/
_____
GILBERT EISENBERG, Esq.
Attorney for Defendant Waylen Fong

/s/
_____
ALEXANDRA McCLURE, Esq.
Attorney for Defendant Angelina Chuong

/s/
_____
SCOTT SUGARMAN, Esq.
Attorney for Defendant Chonthicha Jaemratanasophin

**ORDER**

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued from August 18, 2015 at 2:30 p.m. to October 20, 2015 at 2:30pm, and that the time from August 18, 2015 to October 20, 2015, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED**.

Dated:  August  12 , 2015

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE