BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 14-527 RS |
| v. | ) |
| ALLEN FONG,<br>YA HUAI HUNG,<br>JIE MU,<br>LAURENCE SHU KWAN LEE,<br>KEVIN HARTIG,<br>WAYLEN FONG,<br>ANGELINA CHUONG, and<br>CHONTHICHA JAEMRATANASOPHIN,<br><br>    Defendants. | ) STIPULATION AND [~~PROPOSED~~] ORDER FOR A CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ |

    The United States of America, by and through its attorney of record, and the above-captioned defendants ("defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    For the reasons stated in open court on May 24, 2016, the Court continued the above-captioned matters to July 26, 2016 at 2:30 p.m. and excluded time under the Speedy Trial Act from May

Stipulation and Order        1
CR 14-527 RS

24, 2016 through July 26, 2016 based upon effective preparation of counsel under 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

2. The parties stipulate and agree that this matter should be continued to July 26, 2016 at 2:30 p.m., and that the failure to grant such a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from May 24, 2016 through July 26, 2016 should be excluded based upon the complexity of the case in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendants in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 25, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
DEBORAH R. DOUGLAS
Assistant United States Attorney

/s/
GALIA AMRAM, Esq.
Attorney for Defendant Allen Fong

/s/
ROBERT WAGGENER & RICHARD HULLINGER, Esqs.
Attorney for Defendant Ya Huai Hung

/s/
MARK GOLDROSEN, Esq.
Attorney for Defendant Jie Mu

/s/
ALAN DRESSLER, Esq.
Attorney for Defendant Laurence Shu Kwan Lee

                    /s/
SETH CHAZIN, Esq.
Attorney for Defendant Kevin Hartig

                    /s/
GILBERT EISENBERG, Esq.
Attorney for Defendant Waylen Fong

                    /s/
ALEXANDRA McCLURE, Esq.
Attorney for Defendant Angelina Chuong

                    /s/
SCOTT SUGARMAN, Esq.
Attorney for Defendant Chonthicha Jaemratanasophin

## ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matters shall be continued to July 26, 2016 at 2:30 p.m. and that the time from May 24, 2016 through July 26, 2016 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(ii), and 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) the above-captioned matters are complex based upon the nature of the prosecution; (B) failure to grant the continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 25, 2016

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE