BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-527-1 RS |
| v. | |
| ALLEN FONG, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING PROCEEDING |
| Defendant. | |

    The United States of America, by and through its attorney of record, and the above-captioned defendant ("defendant"), by and through his attorney of record, hereby stipulate as follows:

    1.    On October 16, 2014, the grand jury returned a 32-count indictment charging defendant Allen Fong and nine co-defendants with conspiracies to conduct enterprise affairs through a pattern of racketeering activity, use of facilities in interstate and foreign commerce to promote prostitution (and substantive counts), laundering monetary instruments (and substantive counts), transporting funds to promote unlawful activity (and substantive counts), and/or transport for prostitution and importation of alien for immoral purpose. The discovery in this case, including numerous bank records and seized electronic evidence, was so voluminous that the defense lawyers needed considerable time to review those

Stipulation and Order
CR 14-527-1 RS

materials. A discovery coordinator was appointed by this Court to facilitate the production of the discovery from the government to the defense lawyers.

2. On June 7, 2016, defendant Allen Fong entered an open guilty plea to all 32 counts of the Indictment. Defendant's sentencing proceeding is scheduled for October 25, 2016 at 2:30 p.m. The parties stipulate and agree that the sentencing proceeding should be continued to November 22, 2016 at 2:30 p.m. to enable effective preparation for the sentencing proceeding, including providing the assigned probation officer with a realistic time frame in which to prepare the draft pre-sentence report. Under Rule 32 (e)(2), the Office of Probation's due date for disclosure of the draft presentence report is "at least 35 days before sentencing unless the defendant waives this minimum period." The draft pre-sentence report is currently due on Tuesday, September 20, 2016.

3. This Court has determined that this case is complex. As the result of the complexity of this case, including its complicated financial aspects, the staggering amount of discovery, the 32 counts for which the guideline calculations need to be determined, including assessments of applicable enhancements and issues of grouping or non-grouping of those counts, the assigned probation officer will need additional time to prepare the draft pre-sentence report. It is in everyone's interest that the pre-sentence report be accurate and thorough, and that the parties have sufficient time to prepare for the sentencing proceeding in this complex case. The parties and the assigned probation officer are all available on the requested sentencing date of November 22, 2016 at 2:30 p.m.

DATED: September 16, 2016                    Respectfully submitted,

                                             BRIAN J. STRETCH
                                             United States Attorney

                                             _____/s/_____
                                             DEBORAH R. DOUGLAS
                                             Assistant United States Attorney

                                             _____/s/_____
                                             GALIA AMRAM, Esq.
                                             Counsel for Defendant Allen Fong

Stipulation and Order
CR 14-527-1 RS                               2

# ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the sentencing proceeding in the above-captioned matter, currently scheduled for October 25, 2016 at 2:30 p.m., is vacated, and the sentencing proceeding is continued to November 22, 2016 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: September __16__, 2016



HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE