1  STEVEN G. KALAR
2  Federal Public Defender
   GALIA AMRAM (CABN 250551)
3  Assistant Federal Public Defender
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:   (415) 436-7700
6  Facsimile:   (415) 436-7706
   Galia_Amram@fd.org
7
   Counsel for Defendant Allen Fong
8

9                    IN THE UNITED STATES DISTRICT COURT
10
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              | No. CR 14-0527-RS
14 |         Plaintiff,                     | STIPULATION AND [~~PROPOSED~~]
   |                                        | ORDER REGARDING BRIEFING
15 |    v.                                  | SCHEDULE
16 | ALLEN FONG,
   | YA HUAI HUNG,
17 | ROBERT CHUN,
   | JIE MU,
18 | LAURENCE SHU KWAN LEE,
   | KEVIN HARTIG,
19 | WAYLEN FONG,
   | ANGELINA CHUONG, and
20 | CHONTHICHA JAEMRATANASOPHIN,
21 |         Defendants.

22       On February 15, 2017, the defendant filed a Notice of Appeal and a Motion to Stay Order
23  of Forfeiture Pending Appeal (Dockets 271 and 272). The parties hereby agree to the
24  following briefing schedule regarding the Motion: The government shall file an opposition
25  on or before March 10, 2017, and a reply shall be filed on or before March 24, 2017. The
26  parties also request the matter be set for hearing on April 11, 2017 at ~~1:30~~ 2:30 p.m.
27
28
   *UNITED STATES V. FONG*, 14CR527 RS
   STIPULATION AND [PROPOSED] ORDER        1

1
2  Dated: February 17, 2017                    Respectfully submitted,
3                                                          /s/
4                                              _____
                                               DAVID COUNTRYMAN
5                                              Assistant United States Attorney

6                                                          /s/
                                               _____
7                                              GALIA AMRAM
                                               Attorney for Defendant Allen Fong
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon the parties' stipulation, IT IS HEREBY ORDERED that the government shall file an opposition to the Motion to Stay Order of Forfeiture Pending Appeal on or before March 10, 2017, and a reply shall be filed on or before March 24, 2017.  The matter will be set for hearing on April 11, 2017 at ~~1:30~~ 2:30 p.m

**IT IS SO ORDERED**.

Dated:  2/17/17

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE