IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN FONG,<br><br>Defendant. | **Case No.:** CR 14–527 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: BRIEFING SCHEDULE**<br><br>**Court:**   Courtroom 3, 17th Floor |

On March 14, 2017, the United States filed a MOTION FOR AN ENTRY OF A PRELIMINARY ORDER OF FORFEITURE OF ASSETS TO BE APPLIED TOWARD DEFENDANT'S MONEY JUDGMENT. The parties hereby agree to the following briefing schedule regarding the Motion: The defendant Allen Fong shall file his reply on or before April 4, 2017. The United States shall file its reply on or before April 25, 2017. The parties respectfully request a hearing on May 4, 2017, or at the earliest convenience of the Court. The parties agree that this agreement to a briefing schedule is not a waiver of any argument of any issue by the government.

Dated: March 21, 2017

Respectfully submitted,
/s/
_____
DAVID COUNTRYMAN
Assistant United States Attorney

/s/
_____
GALIA AMRAM
Attorney for Defendant Allen Fong

STIP. BRIEF SCHED. AND [PROPOSED] ORDER
*FONG*, CR 14–527 RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

Upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant Allen Fong its reply by April 4, 2017.  The government shall file its reply on or before April 25, 2017. The matter will be set for hearing on May __2nd__, 2017, at __2:30__ ~~a.m.~~/p.m.

IT IS SO ORDERED.

Dated: 3/21/17

                                        _[signature]_
                                        RICHARD SEEBORG
                                        United States District Judge