STEVEN G. KALAR
Federal Public Defender
Northern District of California
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Galia_Amram@fd.org

Counsel for Defendant FONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN FONG, <br><br> Defendant. | **Case No.:** CR 14–527 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** <br><br> **Court:** Courtroom 3, 17th Floor <br><br> **Hearing Date:** May 2, 2017 <br><br> **Hearing Time:** 2:30 p.m. |

     Pursuant to the stipulated Order at Docket 320, the hearing in this case regarding the Government's motion for forfeiture of property is currently scheduled for May 2, 2017 at 2:30 p.m. Defense counsel is now set to be in trial in front of the Hon. Charles R. Breyer on that date. The parties in this case agree and jointly request the Court reschedule the hearing for May 9, 2017 at 2:30 p.m.

\\

\\

**IT IS SO STIPULATED.**

Dated: April 17, 2017          BRIAN STRETCH
                               United States Attorney
                               Northern District of California

                               /s/
                               DAVID COUNTRYMAN
                               Assistant United States Attorney

Dated: April 17, 2017          STEVEN G. KALAR
                               Federal Public Defender
                               Northern District of California

                               /s/
                               GALIA AMRAM
                               Assistant Federal Public Defender

Dated: April 17, 2017          /s/
                               BRENDA GRANTLAND
                               Attorney for Judy Fong

# [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the hearing in the above-captioned case from May 2, 2017 to May 9, 2017 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: 4/18/2017              _____
                               HON. RICHARD SEEBORG
                               United States District Judge