1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  DAVID COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7303
7       FAX: (415) 436-7234
        david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-527 RS |
| Plaintiff, | **[PROPOSED]** ORDER STAYING FORFEITURE |
| v. | |
| ALLEN FONG, | |
| Defendant. | |

Because the defendant's criminal conviction is currently on appeal, and no oral argument has been set, the defendant and the United States of America (collectively the "parties"), hereby jointly request that the forfeiture in this case be stayed pursuant to Federal Rule of Criminal Procedure 32.2(d), and the orders protecting the two properties at issue in this case continue, pending the completion of the related criminal appeal.

On June 7, 2016, defendant Allen Fong entered an open guilty plea to all 32 counts of the Indictment. *See* Docket Nos. 190 and 208.

STIP ORDER TO STAY
CR 14-527-1 RS

1

On February 16, 2017, the Court entered a criminal judgment against the defendant, Allen Fong, which included a forfeiture money judgment of $5,269,698. *See* Docket Nos. 273-74.

On March 10, 2017, the parties stipulated to a restraining order of two real properties: (1) 1032 Balboa Street, San Francisco, and (2) 1624 Overland Drive, San Mateo (collectively the "real properties"). *See* Docket No. 308.

On May 9, 2017, the Court held a status conference, wherein the Court Ordered Judy Fong not to sell, encumber, or diminish the real properties, until further order of the Court. Ms. Fong also asserted that there has been no sale, encumbrance, transfer or diminishment of the real properties that had not already been recorded. *See* Docket No. 385.

On June 8, 2017, the Ninth Circuit Court of Appeals granted a second extension of time for Mr. Fong to file his opening appellate brief. *See* United States v. Fong, No. 17-10075.

The parties submit that the record of this case provides facts sufficient to support a stay pending appeal.

Dated: /S/
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: /S/
GALIA AMRAM, ESQ.
Attorney for Allen Fong

STIP ORDER TO STAY
CR 14-527-1 RS

2

~~[PROPOSED]~~ ORDER TO STAY

UPON CONSIDERATION of the parties stipulation, the entire record, and for good cause shown, it is by the Court on this

   5th    day of   July  , 2017

IT IS HEREBY ORDERED AND DECREED that the forfeiture in instant case be, and hereby is STAYED, until the resolution of the criminal appeal;

IT IS FURTHER ORDERED that the defendant and Ms. Fong shall continue not to sell, encumber, or diminish the following properties, until further order of the Court: (1) 1032 Balboa Street, San Francisco, and (2) 1624 Overland Drive, San Mateo.

IT IS FURTHER ORDERED this case still exists on the docket of the district court and may be reopened upon request of the United States, Allen Fong, or on the court's own motion.

IT IS FURTHER ORDERED that the status hearing currently set for July 18, 2017, be vacated.

IT IS SO ORDERED this day of 2017.

DATED: 7/5/17

*[signature]*
HONORABLE RICHARD SEEBORG
United States District Judge