IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLEN FONG,<br><br>　　　　Defendant. | **Case No.:** CR 14–527 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SETTING ASIDE ORDER AND STAYING PRELIMINARY ORDER OF FORFEITURE**<br><br>**Court:**　　Courtroom 3, 17th Floor |

1    On June 7, 2016, defendant Allen Fong entered an open guilty plea to all 32 counts of
2    the Indictment. *See* Docket Nos. 190 and 208.
3    On February 16, 2017, the Court entered a criminal judgment against the defendant,
4    Allen Fong, which included a forfeiture money judgment of $5,269,698. *See* Docket Nos. 273-
5    74.
6    On December 26, 2017, the Ninth Circuit vacated the Court's February 16, 2017 order
7    of forfeiture, and remanded back to this Court for further consideration in light of *Honeycutt v.*
8    *United States*, 137 S. Ct. 1626 (2017). *See* Docket No. 457.
9    On February 2, 2018, the Government filed an application for an Amended Preliminary
10   Order of Forfeiture, seeking a forfeiture money judgment in the amount of $1,756,566. *See*
11   Doc. No. 460.
12   The same day, on February 2, 2018, the Court signed the Proposed Amended
13   Preliminary Order of Forfeiture that the Government submitted with its application. *See* Docket
14   No. 461.
15   Mr. Fong contests the forfeiture amount sought by the Government in its most recent
16   application and would like the opportunity to be heard by the Court on the issue. Nonetheless,
17   Mr. Fong and Government are currently exploring whether it might be possible to reach a
18   resolution on the issue of forfeiture. Accordingly, the parties would like a few more weeks to
19   continue these discussions before bringing this matter before the Court. The parties therefore
20   seek an order:
21   **SETTING ASIDE** the Amended Preliminary Order of Forfeiture signed by this Court
22   on February 2, 2018;
23   **STAYING** the Application for an Amended Preliminary Order of Forfeiture filed by the
24   Government on February 2, 2018; and
25   **SETTING A STATUS CONFERENCE** on March ~~13,~~ 20 2018 at 2:30 pm for an update from the parties and further discussion as to how to proceed.

IT IS SO ORDERED.

2/26/18
Dated

*signature*
RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

February 15, 2018
Dated

_____
ALEX TSE
United States Attorney
Northern District of California

/S
DAVID COUNTRYMAN
Assistant United States Attorney

February 15, 2018
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
SHILPI AGARWAL
Assistant Federal Public Defender