1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7303
7       FAX: (415) 436-7234
        Email:  david.countryman@usdoj.gov
8
   Attorneys for United States of America

9
## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 14-0527 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR APPLICATION FOR PRELIMINARY ORDER OF FORFEITURE |
| ALLEN FONG, | ) |
| Defendant. | ) |

On February 2, 2018, the United States filed an Amended Application for a Preliminary Order of Forfeiture in the above-captioned case. Docket No. 461. On February 15, 2018 the parties agreed to stay the Amended Application. Docket No. 464.

The parties hereby agree to the following briefing schedule regarding the application: The defendant Allen Fong shall file his opposition on or before June 26, 2018. The United States shall file its reply on or before August 31, 2018.

///

///

///

///

///

The parties respectfully request a hearing on September 11, 2018, or at the earliest convenience of the Court. The parties agree that this agreement to a briefing schedule is not a waiver of any argument of any issue.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: 06/07/18					ALEX G. TSE
							Acting United States Attorney

							_____/S/_____
							DAVID COUNTRYMAN
							Assistant United States Attorneys

DATED: 06/07/18					_____/S/_____
							ELIZABETH FALK
							Assistant Federal Public Defender

|   |   |
|---|---|
| 1 | |
| 2 | # [~~PROPOSED~~] ORDER |
| 3 | Upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant Allen Fong shall |
| 4 | file his opposition before June 26, 2018.  The United States shall file its reply on or before August 31, |
| 5 | 2018.  The matter will be set for hearing on __9/18__, 2018, at _2:30_ ~~a.m.~~/p.m. |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | DATED: __6/11/18__  _/s/ Richard Seeborg_ |
| 9 | HON. RICHARD SEEBORG<br>United States District Judge |

STIPULATION TO SET BRIEFING
CR 14-0527 RS